# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JAMES WRIGHT, individually and on behalf of all others similarly situated,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | No. 2:22-cv-02829-atc |
| **UPG ROADSIDE & TOWING INC,** ) ) | |
| **Defendant.** ) ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered, and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in compliance with the Order of Dismissal without Prejudice entered in the above-styled case on November 17, 2023, this case is **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

November 17, 2023
Date